NUMBER 13-02-347-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


IN THE INTEREST OF A.M., IV., A CHILD

____________________________________________________________________


On appeal from the 148th District Court


of Nueces County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam


 Appellant, Cynthia Casares, perfected an appeal from a judgment entered by the
148th District Court of Nueces County, Texas, in cause number 02-1922-E. After the
record and appellant's brief were filed, appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 23rd day of October, 2003.